IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01505-LTB

GREGORY DEAN ALBRIGHT,

    Applicant,

v.

RICK RAEMISCH, Exec. Dir. CDOC,
DAVID WALCHER, Arapahoe County Sheriff, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This case currently is on appeal before the United States Court of Appeals for the Tenth Circuit.  *See* ECF No. 41.  Applicant's habeas corpus application is no longer pending before this Court.  This case was dismissed on November 13, 2014, and judgment was entered on the same day.  *See* ECF Nos. 36 and 37.  Therefore, this Court lacks jurisdiction over Applicant's motion for release pending review (ECF No. 43) filed on December 19, 2014.   Filings will not be considered after the dismissal of a case.  The December 19 motion is DENIED without prejudice.  If Applicant seeks medical attention, he may initiate a separate civil rights action pursuant to 42 U.S.C. § 1983.

Dated:  December 22, 2014